IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JAN 27 2006
JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

| | |
|---|---|
| MAURICE D. FOSTER, )<br>    Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>    Respondent. ) | Civil Action No. 7:05-cv-00770<br><br>**MEMORANDUM OPINION AND ORDER**<br><br>By: Samuel G. Wilson<br>United States District Judge |

This matter is before the court on petitioner Maurice D. Foster's motion for a certificate of appealability regarding the court's December 28, 2005, order dismissing his 28 U.S.C. § 2255 motion as successive. Having reviewed the motion and pertinent portions of the record, the court finds that Foster has not stated grounds sufficient to warrant the granting of a certificate of appealability. Accordingly, it is hereby **ORDERED** and **ADJUDGED** that Foster's motion is **DENIED**.

The Clerk is directed to send certified copies of this order to petitioner.

ENTER: This 27th day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE